■ In the Matter of ALYCE G. GALAGARAN et al., Appellants, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and WILLIAM K. FRANKLIN et al., Respondents. In the Matter of THOMAS E. NASH et al., Appellants, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and ANNE FITZSIMMONS et al., Respondents. In the Matter of THOMAS E. NASH et al., Appellants, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and DONALD MENDOZA et al., Respondents.—In three proceedings to invalidate petitions designating respondents-respondents as candidates in the Conservative Party primary election to be held on September 9, 1980 for the party positions of members of the county committee, the appeals are from three judgments (one in each

proceeding) of the Supreme Court, Suffolk County, all dated August 29, 1980, which dismiss the respective proceedings. Judgments affirmed, without costs or disbursements. No opinion. Hopkins, J. P., Lazer, Rabin and Margett, JJ., concur.